HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES W. HECKMAN,
Plaintiff,

v.

DEPARTMENT OF THE INTERIOR DIRK KEMPTHORNE, SECRETARY, et al,

Defendants.

Case No. 08-5239RBL

ORDER DENYING PLAINTIFF'S MOTION TO STAY

THIS MATTER is before the Court on Plaintiff's Motion to say these proceedings. [Dkt. #15] Plaintiff seeks the time to "seek administrative remedies" and to prepare a Motion for Default. It does not appear that the Defendants have been served in any manner, or that Plaintiff has attempted to comply with this Court's Order granting him IFP status. [Dkt. #3.]

The Motion to Stay is DENIED.

Dated this 12th day of January, 2010.

RONALD B. LEIGHTON
United States District Court Judge

ORDER
Page - 1