HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES WILLIAM HECKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE INTERIOR DIRK KEMPTHORNE,<br><br>    Defendant. | CASE NO. C08-5239 RBL<br><br>ORDER DISMISSING CLAIMS FOR LACK OF JURISDICTION |

    THIS MATTER is before the Court on REMAND from the United States Court of Appeals for the Ninth Circuit.

    The Ninth Circuit recently issued a mandate in this case, remanding certain claims to this Court with instructions to dismiss them for lack of jurisdiction. In accordance with that mandate, plaintiff's claims under the Veterans Employment Opportunities Act, the Uniformed Services Employment and Reemployment Rights Act of 1994, and the Whistleblower Protection Act claims concerning the Department of the Interior's alleged failure to hire him for numerous positions between 2003 and 2007 are dismissed for lack of jurisdiction.

    In light of plaintiff's demonstrated propensity to attempt to relitigate issues that have already been decided, the Court notes that all other claims in this case are the subject of a final

judgment from which an appeal is no longer available; these other claims were finally disposed of by the judgment entered by this Court on April 25, 2011, and the October 2013 decision of the Court of Appeals partially affirming that judgment. Also, as the Court of Appeals has already reviewed the claims finally disposed of by this order and determined that this Court lacks jurisdiction to hear them, any appeal from this order would be barred by the law of the case. *United States* v. *Thrasher*, 483 F.3d 977 (9th Cir. 2007).

Plaintiff's Motion for Discovery is DENIED.

IT IS SO ORDERED.

Dated this 18th day of June, 2014.

RONALD B. LEIGHTON  
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS FOR LACK OF
JURISDICTION - 2